# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:  LINDSEY A. WOOD

Debtor
SSN: XXX-XX-3433

Chapter 13
Case No.: 11-75450-FJS

## ORDER APPROVING CLAIMS

Upon the Motion to Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the Debtor and to the Debtor's attorney of record, and that the Debtor be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper. The absence of a timely written objection will be deemed an approval by the Debtor of the claims as recited in the Motion. Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed. Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court. Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court. Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the Debtor and the Debtor.

Dated: May 30 2013

/s/ Frank J. Santoro
Judge

5/30/2013
Entry of Judgement or Order

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    LINDSEY A. WOOD                                                                                      Chapter 13
                                                                                                                Case No.: 11-75450-FJS

Debtor
           SSN: XXX-XX-3433

## MOTION AND NOTICE TO ALLOW CLAIMS

This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) According to the records of Michael P. Cotter, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty-one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty-one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
|  | AARON'S, INC.<br>1701 MARKET STREET<br>POCOMOKE CITY, MD 21851 |  | .00<br>"Claim Not Filed" |  | 0.00<br>"No Interest" | OUTSIDE |
| 5 | TD BANK NA<br>P.O. BOX 219<br>LEWISTON, ME 04243-0219 | Mar 26, 2012 | 12,879.86 | Pro Rata | 4.50 | Secured VEHICLE |
|  | COUNTY OF ACCOMACK, VIRGINIA<br>DANA T. BUNDICK, TREASURER<br>P O BOX 296<br>ACCOMAC, VA 23301 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Priority |
|  | HSBC BANK NEVADA, NA<br>BASS & ASSOCIATES, PC<br>3936 E FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 4 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | Mar 26, 2012 | 1,401.57 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | TD BANK NA<br>PO BOX 219<br>OPERATIONS CENTER<br>LEWISTON, ME 04243-0219 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |

11-75450-FJS                                                                                                              Page: 1

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 8 | NASA WASHINGTON FCU<br>PO BOX 1588<br>BOWIE, MD 20717-1588 | May 14, 2012 | .00 | Pro Rata | 0.00<br>"No Interest" | LATE CLAIM |
| 7 | NASA FCU<br>PO BOX 1588<br>BOWIE, MD 20717-1588 | May 14, 2012 | .00 | Pro Rata | 0.00<br>"No Interest" | LATE CLAIM |
|  | JAMES WOOD<br>32397 VERNON RD.<br>NEW CHURCH, VA 23415 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 6 | CAPITAL ONE, NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON, AZ 85712 | Apr 06, 2012 | 5,845.41 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 1 | 1ST FINANCIAL BANK<br>C/O CREDITORS BANKRUPTCY SERV<br>PO BOX 740933<br>DALLAS, TX 75374 | Jan 13, 2012 | 11,086.78 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | EZ LOANS, INC.<br>38394 DUPONT HWY<br>SELBYVILLE, DE 19975 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 2 | DISH NETWORK<br>9601 SOUTH MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 | Jan 27, 2012 | 333.23 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | CASHNET USA<br>RE: BANKRUPTCY<br>200 W JACKSON, STE 1400<br>CHICAGO, IL 60606-6941 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 3 | CASHCALL INC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Mar 04, 2012 | 1,839.63 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | ADVANCE AMERICA<br>6291 LANKFORD HWY<br>NEW CHURCH, VA 23415 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Total Claims Filed:  6

    WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Friday, May 3, 2013

                                            **/s/ Michael P. Cotter**
                                                Michael P. Cotter
                                          Chapter 13 Standing Trustee

11-75450-FJS